27 So.2d 810

### Rexie MAXWELL v. STATE.
### 8 Div. 360.

Supreme Court of Alabama.
Oct. 10, 1946.

Rehearing Denied Nov. 29, 1946.

S. A. Lynne, of Decatur, for petitioner.
Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Rexie Maxwell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Maxwell v. State, 27 So.2d 804.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.